CM/ECF - California Central District                                    https://cacd-ecf.sso.dcn/cgi-bin/DktRpt.pl?646188309839013-L_1_0-1
8:21-cr-00193-BCB-MDN   Doc # 4   Filed: 06/25/21   Page 1 of 3 - Page ID # 10

CLOSED,SEALED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Eastern Division - Riverside)
### CRIMINAL DOCKET FOR CASE #: 5:21-mj-00430-DUTY-1 *SEALED*
#### Internal Use Only

Case title: USA v. Holdman

Date Filed: 06/22/2021

Date Terminated: 06/24/2021

Assigned to: Duty Magistrate Judge

**Defendant (1)**

| | |
|---|---|
| **Jamal D. Holdman**<br>*TERMINATED: 06/24/2021* | represented by **Young J. Kim**<br>Federal Public Defenders Office<br>Riverside Division<br>3801 University Avenue Suite 700<br>Riverside, CA 92501<br>951-276-6346<br>Fax: 951-276-6368<br>Email: Young_Kim@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** |
|---|
| None |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** |
|---|
| None |

| **Complaints** | **Disposition** |
|---|---|
| Defendant in violation of 21:841(a)(1) and (b)(1) | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **US Attorney's Office**<br>AUSA - Office of US Attorney<br>Criminal Division - US Courthouse<br>312 North Spring Street 12th Floor<br>Los Angeles, CA 90012-4700<br>213-894-2434<br>Email: USACAC.Criminal@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/21/2021 | 🔒 | (Court only) ***Defendant Jamal D. Holdman ARRESTED (Rule 5(c)(3)) (mat) (Entered: 06/25/2021) |
| 06/22/2021 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Jamal D. Holdman, originating in the District of Nebraska. Defendant charged in violation of: 21:841(a)(1) and (b)(1). Signed by agent Jarrett Swearingen, DEA Special Agent. filed by plaintiff USA. (mat) (Entered: 06/25/2021) |
| 06/22/2021 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Jamal D. Holdman; defendants Year of Birth: 1996; date of arrest: 6/21/2021. (mat) (Entered: 06/25/2021) |
| 06/22/2021 | 🔒 3 | SEALED Defendant Jamal D. Holdman arrested on warrant issued by the USDC District of Nebraska at Omaha. (Attachments: # 1 Criminal Complaint)(mat) (Entered: 06/25/2021) |
| 06/22/2021 | 🔒 4 | SEALED MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Sheri Pym as to Defendant Jamal D. Holdman. Defendant arraigned and states true name is as charged. Attorney: Young J. Kim for Jamal D. Holdman, Deputy Federal Public Defender, present. Government's request for detention is: Withdrawn. Court orders bail set as: Jamal D. Holdman (1) $20,000, see bond for conditions. Court orders defendant held to answer to District of Nebraska. Bond to Transfer. Defendant ordered to report on 7/16/21. Court Reporter: Phyllis Preston. (mat) (Entered: 06/25/2021) |
| 06/22/2021 | 🔒 5 | FINANCIAL AFFIDAVIT filed as to Defendant Jamal D. Holdman. (Not for Public View pursuant to the E-Government Act of 2002) (mat) (Entered: 06/25/2021) |
| 06/22/2021 | 6 | GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Jamal D. Holdman. (mat) (Entered: 06/25/2021) |
| 06/22/2021 | 7 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Jamal D. Holdman. (mat) (Entered: 06/25/2021) |
| 06/22/2021 | 8 | CONSENT to Video Conference/Telephonic Conference filed by Defendant Jamal D. Holdman. (mat) (Entered: 06/25/2021) |

| 06/22/2021 | 9 | WAIVER OF RIGHTS approved by Magistrate Judge Sheri Pym as to Defendant Jamal D. Holdman. (mat) (Entered: 06/25/2021) |
|---|---|---|
| 06/24/2021 | 10 | BOND AND CONDITIONS OF RELEASE filed as to Defendant Jamal D. Holdman conditions of release: $20,000 approved by Magistrate Judge Sheri Pym. Original bond routed to District of Nebraska. (mat) (Entered: 06/25/2021) |
| 06/24/2021 | 🔒 | (Court only) ***Magistrate Case Terminated (mat) (Entered: 06/25/2021) |
| 06/25/2021 | | Notice to District of Nebraska of a Rule 5 or Rule 32 Initial Appearance as to Defendant Jamal D. Holdman. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text- only entries via the case number link. The following document link(s) is also provided: 4 Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40). If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov. (mat) (Entered: 06/25/2021) |