FILED
CLERK, U.S. DISTRICT COURT

06/22/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 5:21-mj-00430 <br> 8:21MJ345 |
| JAMAL D. HOLDMAN <br> DEFENDANT(S). | **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: DEA
in the CENTRAL District of CALIFORNIA on 06/21/2021
at 6 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about 09/2019
in violation of Title 21 U.S.C., Section(s) 841(a)(1)&(b)(1)
to wit: Distribution of Oxycodone

A warrant for defendant's arrest was issued by: DISTRICT OF NEBRASKA

Bond of $UNKNOWN was ☐ set / ☐ recommended.

Type of Bond: UNKNOWN

Relevant document(s) on hand (attach): ARREST WARRANT

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 06/21/2021 , by

_____, Deputy Clerk.


*Jarrett Swearingen*
Signature of Agent

JARRETT SWEARINGEN
Print Name of Agent

DEA
Agency

SPECIAL AGENT
Title

CR-52 (05/98)          AFFIDAVIT RE OUT-OF-DISTRICT WARRANT