Case 5:21-cr-00133-BCB-MDF Doc # 2 Filed: 06/25/21 Page 1 of 1. PageID #: 14

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov — For Riverside criminal duty.



CLERK, U.S. DISTRICT COURT
06/22/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V. PLAINTIFF | 5:21-mj-00430   8:21MJ345 |
| JAMAL D. HOLDMAN | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 06/21/2021 6:00 at ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☐ Yes ☒ No

4. Charges under which defendant has been booked:
   21 U.S.C. 841(a)(1)&(b)(1)

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes  Language: _____

7. Year of Birth: 1996

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Pretrial Services was notified.

10. Remarks (if any): Pretrial Services was notified.

11. Name: Joe Kelley  (please print)

12. Office Phone Number: 213-216-3309

13. Agency: DEA

14. Signature: *Joseph Kelley*

15. Date: 06/21/2021

CR-64 (09/20)  REPORT COMMENCING CRIMINAL ACTION