IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMAL D. HOLDMAN,<br><br>Defendant. | 8:21CR193<br><br>**ORDER** |

This matter is before the court on Government's MOTION TO RETROACTIVELY REVISE AND EXTEND THE PRETRIAL DEADLINES SET FORTH IN THE PROGRESSION ORDER [21]. For good cause shown, I find that the motion should be granted.

**IT IS ORDERED:**

1. Defendant's MOTION TO RETROACTIVELY REVISE AND EXTEND THE PRETRIAL DEADLINES SET FORTH IN THE PROGRESSION ORDER [21] is granted. Rule 16 discovery will be produced by August 18, 2021. Pretrial motions shall be filed on or before September 1, 2021.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between August 11, 2021, and September 1, 2021, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

Dated this 12th day of August, 2021.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge