IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:21CR90 |
| vs. | |
| JAMAL D. HOLDMAN and NICHOLAS A. DECOSTA | NOTICE OF COMPLIANCE OF LOCAL CRIMINAL RULE 16.1(a) |
| Defendants | |
| . | |

COMES NOW the Plaintiff, United States of America, by and through the undersigned

Assistant United States Attorney and pursuant to Rule 16.1(a) of the Criminal Rules of the United

States District Court for the District of Nebraska, hereby gives notice that discovery material was

provided to defendants, JAMAL D. HOLDMAN on August 18, 2021 and NICHOLAS A.

DECOSTA on August 26, 2021 in the above-captioned case.

DATED this 26th day of August, 2021.

UNITED STATES OF AMERICA
Plaintiff

JAN W. SHARP
Acting United States Attorney

s/Christopher L. Ferretti

By:   CHRISTOPHER L. FERRETTI
DC Bar##985340
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506
Tel: (402) 661-3700
Fax: (402) 345-5724
E-mail: christopher.ferretti@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record.

s/Christopher L. Ferretti
CHRISTOPHER L. FERRETTI
Assistant United States Attorney