IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:21CR193 |
| Plaintiff, | ) ) | |
| v. | ) ) | **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE DEADLINE FOR FILING PRETRIAL MOTIONS** |
| JAMAL D. HOLDMAN, | ) ) | |
| Defendant. | ) ) | |

Defendant, Jamal Holdman, by and through Assistant Federal Public Defender Michael J. Hansen, hereby moves the Court to continue the November 15, 2021, deadline for filing pretrial motions for a period of 30 days. In furtherance of said Motion, and as good cause for granting the same, Defendant shows to the Court as follows:

1. Counsel needs additional time to review discovery with Defendant before deciding whether to file pretrial motions.

2. Counsel has informed the Defendant of his right to a speedy trial in this case. Understanding that right, the Defendant agrees that this motion is in his best interests and waives any right to a speedy trial.

3. Assistant United States Attorney Christopher Ferretti has no objection to continuing Defendant's deadline for filing pretrial motions.

WHEREFORE, Defendant respectfully requests an extension of the deadline to file pretrial motions for a period of 30 days.

DATED this 15th day of November, 2021.

JAMAL D. HOLDMAN, Defendant,

By:    s/ Michael J. Hansen
      **MICHAEL J. HANSEN**
      **Assistant Federal Public Defender**
      222 South 15th Street, Suite 300N
      Omaha, NE 68102
      (402) 221-7896
      fax: (402) 221-7884
      e-mail: mike_hansen@fd.org