IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR193 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JAMAL D. HOLDMAN and | ) | |
| NICHOLAS A. DECOSTA | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Jamal D. Holdman's Unopposed Motion to Continue Trial [58]. The court has been advised that the co-defendant does not object to the continuance. For the reasons set forth in the motion, the undersigned magistrate judge finds that good cause exists for the requested continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [58] is granted as follows:

1. The jury trial, **as to both defendants**, now set for August 16, 2022, is continued to October 18, 2022**.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 18, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: August 2, 2022**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge