IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:21CR193 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL** |
| JAMAL D. HOLDMAN, | ) ) ) | |
| Defendant. | ) ) | |

Defendant, Jamal Holdman, by and through Assistant Federal Public Defender Michael J. Hansen, hereby moves the Court to continue the October 18, 2022, jury trial for a period of 30 days. In furtherance of said Motion, and as good cause for granting the same, Defendant shows to the Court as follows:

1. The parties are working to resolve the matter short of trial on a number of the counts alleged. Additional time for Defendant to meet with counsel is necessary in order to make further attempts to find a mutually acceptable resolution.

2. Counsel has informed the Defendant of his right to a speedy trial in this case. Understanding that right, the Defendant agrees that this motion is in his best interests and waives any right to a speedy trial.

3. Assistant United States Attorney Christopher Ferretti has no objection to continuing trial in this matter, as well as Joe Howard, the attorney for the co-defendant.

WHEREFORE, Defendant respectfully requests a continuance of the trial in this matter for a period of 30 days.

DATED this 28th day of September, 2022.

JAMAL D. HOLDMAN, Defendant,


By:    s/ Michael J. Hansen
**MICHAEL J. HANSEN**
**Assistant Federal Public Defender**
222 South 15th Street, Suite 300N
Omaha, NE 68102
(402) 221-7896
fax: (402) 221-7884
e-mail: mike_hansen@fd.org