IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:21CR193 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO RESTRICT** |
| v. | ) | |
| | ) | |
| JAMAL D HOLDMAN, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant intends to file a *"Motion and Brief"* which contain personal information about him and are protected from public viewing in accordance with the law.

WHEREFORE, the Defendant requests the Court grant an order allowing him to file the above-referenced document restricted pursuant to the E-Government Act.

DATED this 10th day of February, 2023.

                                              JAMAL D HOLDMAN, Defendant,

                                              By /s/ Michael J. Hansen
                                                    Michael J. Hansen
                                                    Attorney for Defendant
                                                    222 South 15th Street, #300N
                                                    Omaha, NE 68102
                                                    Telephone: (402) 221-7896
                                                    Fax: (402) 221-7884
                                                    E-Mail: Mike_Hansen@fd.org