IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:21CR193 |
| vs. | |
| JAMAL D. HOLDMAN, | DECLARATION OF PUBLICATION |
| Defendant. | |

Notice of this criminal forfeiture action (Attachment 1) was posted on an official government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on March 10, 2023, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by the Advertisement Certification Report (Attachment 2).

Dated: May 9, 2023.

UNITED STATES OF AMERICA,
Plaintiff

STEVEN A. RUSSELL
United States Attorney

By:  s/ Kimberly C. Bunjer
KIMBERLY C. BUNJER, #20962
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
Tel:  (402) 661-3700
Fax:  (402) 345-5724
E-mail:  kim.bunjer@usdoj.gov