

# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between March 10, 2023 and April 08, 2023. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. US v. Jamal Holdman

**Court Case No:** 8:21CR193
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 03/10/2023 | 23.9 | Verified |
| 2 | 03/11/2023 | 24.0 | Verified |
| 3 | 03/12/2023 | 23.9 | Verified |
| 4 | 03/13/2023 | 23.9 | Verified |
| 5 | 03/14/2023 | 23.9 | Verified |
| 6 | 03/15/2023 | 23.9 | Verified |
| 7 | 03/16/2023 | 24.0 | Verified |
| 8 | 03/17/2023 | 24.0 | Verified |
| 9 | 03/18/2023 | 23.9 | Verified |
| 10 | 03/19/2023 | 23.9 | Verified |
| 11 | 03/20/2023 | 23.9 | Verified |
| 12 | 03/21/2023 | 23.9 | Verified |
| 13 | 03/22/2023 | 23.9 | Verified |
| 14 | 03/23/2023 | 23.9 | Verified |
| 15 | 03/24/2023 | 23.9 | Verified |
| 16 | 03/25/2023 | 24.0 | Verified |
| 17 | 03/26/2023 | 24.0 | Verified |
| 18 | 03/27/2023 | 23.9 | Verified |
| 19 | 03/28/2023 | 24.0 | Verified |
| 20 | 03/29/2023 | 24.0 | Verified |
| 21 | 03/30/2023 | 23.9 | Verified |
| 22 | 03/31/2023 | 23.9 | Verified |
| 23 | 04/01/2023 | 23.9 | Verified |
| 24 | 04/02/2023 | 23.9 | Verified |
| 25 | 04/03/2023 | 23.9 | Verified |
| 26 | 04/04/2023 | 23.9 | Verified |
| 27 | 04/05/2023 | 24.0 | Verified |
| 28 | 04/06/2023 | 23.9 | Verified |
| 29 | 04/07/2023 | 23.9 | Verified |
| 30 | 04/08/2023 | 23.8 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.