IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JAMAL D. HOLDMAN,<br><br>        Defendant. | 8:21CR193<br><br>MOTION FOR FINAL ORDER<br>OF FORFEITURE |

The United States of America respectfully requests this Court issue a Final Order of Forfeiture and further states as follows:

1. On March 2, 2023, the Court entered a Preliminary Order of Forfeiture (Filing No. 101), forfeiting defendant's interest in the following property:

   - A white Apple iPhone;
   - A blue HP laptop computer;
   - A green HP laptop computer;
   - A white HP Chrome laptop computer;
   - 5 San Disk flash drives;
   - A Beretta 92X 9mm firearm, magazine(s), and ammunition.

2. As shown by the Declaration of Publication, (Filing No. 122), the United States published Notice of its intent to forfeit the Property.

3. No person or entity has filed a petition to assert a claim for the Property.

WHEREFORE, the United States of America respectfully requests this Court issue a Final Order of Forfeiture.

                UNITED STATES OF AMERICA,
                Plaintiff

                STEVEN A. RUSSELL
                United States Attorney

By:    s/ Kimberly C. Bunjer
       KIMBERLY C. BUNJER, #20962
       Assistant U.S. Attorney
       1620 Dodge Street, Suite 1400
       Omaha, NE   68102-1506
       Tel:   (402) 661-3700
       Fax:   (402) 345-5724
       E-mail:   kim.bunjer@usdoj.gov