IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMAL D. HOLDMAN,<br><br>Defendant. | 8:21-CR-193<br><br>FINAL ORDER OF FORFEITURE |

This matter is before the Court upon the United States of America's Motion for Final Order of Forfeiture. Filing 123. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On March 2, 2023, the Court entered a Preliminary Order of Forfeiture, Filing 101, forfeiting defendant's interest in the following property:

   - A white Apple iPhone;

   - A blue HP laptop computer;

   - A green HP laptop computer;

   - A white HP Chrome laptop computer;

   - 5 San Disk flash drives;

   - A Beretta 92X 9mm firearm, magazine(s), and ammunition.

2. On May 9, 2023, the United States filed a Declaration of Publication regarding the posting of a Notice of criminal forfeiture on an official internet government forfeiture site, www.forfeiture.gov regarding the subject Property. Filing 122.

3. The United States advises the Court that no party has filed a petition regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

4. The Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The Government's Motion for Final Order of Forfeiture, Filing 123, is granted.

2. All right, title and interest in and to the above-described property in United States currency taken from Holdman on or about June 21, 2021, held by any person or entity are forever barred and foreclosed.

3. The above-described property is forfeited to the Government.

4. The Government is directed to dispose of that property in accordance with law.

Dated this 10th day of May, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge